**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**CASE NO.: 5:13-cv-00455-WTH-10PRL**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | ) |
| | ) |
| **Plaintiff,** | ) |
| **v.** | ) |
| | ) |
| **JENIFER E. HOFFMAN, JOHN C. BOSCHERT, and BRYAN T. ZYZGA,** | ) |
| | ) |
| **Defendants.** | ) |

**PLAINTIFF'S UPDATED NOTICE OF RELATED CRIMINAL MATTER**

Plaintiff, Securities and Exchange Commission, hereby formally notifies the Court, as it is aware, that the related criminal matter, *United States v. Hoffman et al.*, 5:14-cr-00034-Oc-10PRL, has concluded.

After have pled guilty to certain counts, the defendants were sentenced and final judgment was entered. On June 29, 2015, Defendant Boschert was sentenced to 108 months imprisonment, 3 years supervised release, and ordered to pay restitution of $2,505.208.51. On September 30, 2015, Defendant Zuzga was sentenced to 72 months imprisonment, 3 years supervised release, and ordered to pay restitution of $10,769,553.68. On October 22, 2015, Defendant Hoffman was sentenced to 108 months imprisonment as to Count 1, and 12 months as 1 day as to Count 13, to be served concurrently, 3 years supervised release as to Count 1 and 1 year as to Count 13, to be served concurrently, and ordered to pay restitution of $477,355.82 to the IRS and $10,769,533.68 to individual victims.

Pursuant to the Commission's notice [DE 51], the Commission will now begin the process of assessing, what, if any, disgorgement and penalty it will seek from the defendants, and the undersigned will seek authorization from the five-member Commission in Washington D.C. to request specific disgorgement and penalty amounts, if any, to be set by the Court. The undersigned anticipates this process will take approximately 60 days, at which point the undersigned will file the appropriate motion with the Court.

Respectfully submitted,

Dated: October 27, 2015

By: *s/ Russell Koonin*

Russell Koonin
Senior Trial Counsel
KooninR@sec.gov
Florida Bar No.: 474479
Telephone: (305) 982-6385

Attorney for Plaintiff
Securities and Exchange Commission
801 Brickell Avenue, Suite 1800
Miami, Florida 33131
Telephone: (305) 982-6300
Facsimile: (305) 536-4154

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 27, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Russell Koonin
Russell Koonin

**SERVICE LIST**

Securities and Exchange Commission v. Jenifer E. Hoffman, John C. Boschert,
and Bryan T. Zuzga
Case No. 5:13-cv-00455-WTH-PRL
United States District Court - Middle District of Florida

Jenifer E. Hoffman
13148 Summerlake Way
Clermont, FL 34711
E-mail: hoffmje34@yahoo.com
Service by U.S. Mail and email

John C. Boschert
Reg. No. 61273-018
Miami FCI
15801 SW 137th Avenue
Miami, FL 33177
Service by U.S. Mail

Bryan T. Zuzga
30 Cardinal Drive
Coldwater, MI 49036-1018
E-mail: bryanzoo@yahoo.com
Service by U.S. Mail and email